| | |
|---|---|
| JEREMY J. THOMPSON | |
| Nevada Bar No. 12503 | |
| **CLARK HILL PLLC** | |
| 3800 Howard Hughes Parkway, Suite 500 | |
| Las Vegas, Nevada 89169 | |
| E-mail: jthompson@clarkhill.com | |
| Telephone: (702) 862-8300 | |
| Facsimile: (702) 862-8400 | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO VIVAS, | Case No.: 2:18-cv-01976-JAD-NJK |
| Plaintiff, | **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants. | |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nicholas M. Wieczorek, Esq. from the firm Clark Hill, PLLC is no longer associated with the above-captioned matter and should be removed from all further notices. The Clark Hill attorney to be noticed for all further filings and hearings is:

JEREMY J. THOMPSON, Nevada Bar No. 12503

E-mail: jthompson@clarkhill.com

Dated this 8th day of January, 2019.

                                        CLARK HILL PLLC

                                        By: /s/ JEREMY J. THOMPSON
                                        JEREMY J. THOMPSON
                                        Nevada Bar No. 12503
                                        3800 Howard Hughes Parkway, Suite 500
                                        Las Vegas, Nevada 89169

IT IS SO ORDERED.

DATED: January 8, 2019

_____
United States Magistrate Judge