# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO VIVAS,<br>　　Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>　　Defendant(s). | Case No.: 2:18-cv-01976-JAD-NJK<br><br>**ORDER** |

In light of the notice of settlement, Docket No. 6, dismissal papers must be filed by February 4, 2019.

IT IS SO ORDERED.

Dated: January 14, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge