# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTONIO VIVAS,

    Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant(s).

Case No.: 2:18-cv-01976-JAD-NJK

**ORDER**

The parties were ordered to file dismissal papers by February 4, 2019, Docket No. 12, and have failed to comply with that order. The parties shall file dismissal papers or a status report by February 12, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: February 5, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge